Eric S. Postma, OSB #993478
epostma@bittner-hahs.com
Nathan B. Pogue, OSB #164611
npogue@bittner-hahs.com
Bittner & Hahs, PC
4949 SW Meadows Road, Suite 260
Lake Oswego, OR 97035
P: (503) 228-5626
F: (503) 228-8566
*Of Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RADAGAST PET FOOD, INC.**, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CENTINELA FEED, INC.**, a California corporation, and **THE LOTUS PET FOOD, INC.**, a California corporation,<br><br>Defendants. | Case No. 3:19-cv-01467-JR<br><br>**DECLARATION OF ERIC S. POSTMA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** |

I, Eric S. Postma, declare as follows:

1.    I am of attorneys for Defendants in the above-captioned action.

2.    Attached hereto as Exhibit A is a true and correct copy of correspondence dated April 22, 2019 from Elizabeth Milesnick to Defendants, Bates labeled C&L000019 to C&L00023. This document was produced in discovery and was marked as confidential; however, after review, Defendants have determined that it is appropriate for the court to be able to review this document without being under seal.

3.    Attached hereto as Exhibit B is a true and correct copy of the Affidavit signed by Chris Nakagawa, President of Centinela Feed, Inc., dated June 10, 2019, Bates labeled C&L000029. This document was produced in discovery and was marked as confidential;

PAGE 1 – DECLARATION OF ERIC S. POSTMA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL

BITTNER & HAHS, P.C.
4949 SW MEADOWS RD., STE 260
LAKE OSWEGO, OR 97035
TEL: (503) 228-5626
FAX: (503) 228-8566

however, after review, Defendants have determined that it is appropriate for the court to be able to review this document without being under seal.

4. Attached hereto as Exhibit C is a true and correct copy of the Stipulated Protective Order filed on January 29, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants' First Requests for Production dated February 26, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiff dated February 26, 2020.

7. Plaintiff produced a portion of the responsive documents via Dropbox on or about April 15, 2020, after Defendants' provided an extension at the request of Plaintiff's counsel.

8. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Response to Defendants' First Request for Production of Documents dated March 27, 2020.

9. Attached hereto as Exhibit G is a true and correct copy of Elizabeth Milesnick's letter dated March 13, 2020.

10. Attached hereto as Exhibit H is a true and correct copy of Elizabeth Milesnick's letter dated April 15, 2020.

11. Attached hereto as Exhibit I is a true and correct copy of Elizabeth Milesnick's letter dated August 17, 2020.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 21st day of September, 2020.

BITTNER & HAHS, P.C.

By:   s/Eric S. Postma
Eric S. Postma, OSB #993478
Nathan B. Pogue, OSB #164611
*Of Attorneys for Defendants*

PAGE 2 – DECLARATION OF ERIC S. POSTMA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL

BITTNER & HAHS, P.C.
4949 SW MEADOWS RD., STE 260
LAKE OSWEGO, OR 97035
TEL: (503) 228-5626
FAX: (503) 228-8566

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2020, I served the foregoing **DECLARATION OF ERIC S. POSTMA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** on the following individuals:

Elizabeth Tedesco Milesnick, OSB #050933
Idealegal
2240 N. Interstate Avenue, Suite 270
Portland, OR 97227
E:  emilesnick@idealegal.com

and

Laura Salerno Owens, OSB #076230
Adam M. Starr, OSB #125393
Molly K. Honoré, OSB #125250
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
E:  laurasalerno@mhgm.com
     adamstarr@markowitzherbold.com
     mollyhonore@markowitzherbold.com

*Of Attorneys for Plaintiff*

by mailing to said person a complete and correct copy thereof, contained in a sealed envelope, addressed as set forth above and deposited in the United States mail in Lake Oswego, Oregon, with postage thereon prepaid, on said day.

DATED this 21st day of September, 2020.

BITTNER & HAHS, P.C.

By: s/Eric S. Postma
Eric S. Postma, OSB #993478
*Of Attorneys for Defendants*

Page 1 -   CERTIFICATE OF SERVICE

BITTNER & HAHS, P.C.
4949 SW MEADOWS RD., STE 260
LAKE OSWEGO, OR  97035
TEL: (503) 228-5626
FAX: (503) 228-8566