**AFFIDAVIT**

The undersigned hereby declares:

1.   We make this declaration pursuant to Section 5 of that certain Nondisclosure Agreement between Radagast Pet Food, Inc. ("Radagast") and Centinela Feed, Inc. dba Centinela Feed & Pet Supplies ("Centinela Feed") dated October 25, 2019 (the "NDA").

2.   Radagast provided Centinela Feed electronic copies of the following documents: (1) Word document titled "Production Equipment As of Oct13," Excel document titled "Rad Cat Oct23BalanceSheet," (3) Excel document titled Rad Cat Revenue and volume 01.16 through 09.18," (4) .pdf document titled "RadCat CIM – Final" and (5) .pdf document titled RadCat Management Presentation Final" (collectively, "RadCat Documents").

3.   The RadCat Documents have been deleted from our computer system and no electronic records have been retained by us and no physical copies of the RadCat Documents were ever created. In response to the demand letter dated May 23, 2019 from Elizabeth Milesnick, we have delivered electronic copies of the RadCat Documents to our counsel, Michael V. Bales, to be retained by him and to be disclosed or used only if Radagast institutes legal action against Centinela Feed.

4.   The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 10, 2019

_____
Chris K. Nakagawa, President of Centinela Feed, Inc.

CONFIDENTIAL