IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RADAGAST PET FOOD, INC.,

           Plaintiff(s),

    v.

CENTINELA FEED, INC., et al.,

           Defendant(s).

Civil No. 03:19-cv-01467-JR

**ORDER OF DISMISSAL**

Based on Plaintiff's Notice of Dismissal [60],

IT IS ORDERED that this action is DISMISSED as to all claims against Defendants Centinela Feed, Inc. and The Lotus Pet Food, Inc.  Pending motions, if any, are DENIED AS MOOT.

Dated this 11th day of February, 2021.

           by   /s/ Jolie A. Russo
                Jolie A. Russo
                United States Magistrate Judge