Eric S. Postma, OSB #993478
epostma@bittner-hahs.com
Nathan B. Pogue, OSB #164611
npogue@bittner-hahs.com
Bittner & Hahs, PC
4949 SW Meadows Road, Suite 260
Lake Oswego, OR 97035
P: (503) 228-5626
F: (503) 228-8566
*Of Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RADAGAST PET FOOD, INC.**, an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CENTINELA FEED, INC.**, a California corporation, and **THE LOTUS PET FOOD, INC.**, a California corporation,<br><br>　　　　　Defendants. | Case No. 3:19-cv-01467-JR<br><br>**DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY FEES**<br><br>Oral Argument Requested |

### LR 7-1 CERTIFICATION

The undersigned counsel for Defendants Centinela Feed, Inc. and The Lotus Pet Food, Inc. ("Defendants") certifies that counsel for the parties met and conferred by telephone and electronic mail in a good faith effort to resolve the issues presented in this motion, but were unable to do so. In those conversation, and in an e-mail to the court clerk, Plaintiff's counsel expressed an understanding that Defendants would move the court for an award of attorney fees and costs, while preserving Plaintiff's right to object to the same. See Declaration of Eric S. Postma in Support of Defendants' Motion for Attorney Fees, ⁋ 11, Ex. A.

///

PAGE 1 – DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY FEES

BITTNER & HAHS, P.C.
4949 MEADOWS RD., STE 260
LAKE OSWEGO, OR 97035
TEL: (503) 228-5626
FAX: (503) 228-8566

## **MOTION**

Pursuant to FRCP 54(d)(2) and LR 54.3, Defendants move the Court for an award of attorney fees in the amount of $115,398.00. Defendants are entitled to an award of attorney fees as the prevailing party pursuant to FRCP 54, the agreement at issue in the proceedings and ORS 20.096.

This motion is supported by the Declaration of Eric S. Postma, together with the memorandum of law filed contemporaneously with this motion.

RESPECTFULLY SUBMITTED this 25th day of February , 2021.

BITTNER & HAHS, P.C.


By:  s/Eric S. Postma
Eric S. Postma, OSB #993478
Nathan B. Pogue, OSB #164611
*Of Attorneys for Defendants*

PAGE 2 – DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY FEES

BITTNER & HAHS, P.C.
4949 SW MEADOWS RD., STE 260
LAKE OSWEGO, OR 97035
TEL: (503) 228-5626
FAX: (503) 228-8566

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2021, I served the foregoing **DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY FEES** on the following individual:

Nicholas J. Henderson, OSB #074027
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
E:  nhenderson@portlaw.com
*Of Attorneys for Plaintiff*

via CM/ECF Notice of Electronic Filing.

DATED this 25th day of February, 2021.

BITTNER & HAHS, P.C.


By: s/Eric S. Postma
Eric S. Postma, OSB #993478
*Of Attorneys for Defendants*

Page 1 -   CERTIFICATE OF SERVICE